UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:                          )
                                )
Michael Anthony Wright and      )      Case No. 11-80085C-7D
Catherine B. Wright,            )
                                )
            Debtors.            )
                                )

ORDER

This case came before the court on May 5, 2011, for consideration of a reaffirmation agreement between the Debtors and Wells Fargo Dealer Services, Inc. Having conducted a hearing, the court concludes that the reaffirmation agreement is not an undue hardship on the Debtors and, therefore, should not be disapproved.

IT IS SO ORDERED.

This 5th day of May, 2011.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

## PARTIES IN INTEREST

Edward C. Boltz, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615


Michael A. & Catherine Wright
32 Willow Bridge Drive
Durham, Nc 27707

Wells Fargo Dealer Services, Inc.
P.O.Box 3000
Winterville, NC 28590-3000